DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 402P15 | State v. Donna Helms Ledbetter | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-414) | 1. Special Order |
| | | 2. State's Motion to Strike Def's Reply to State's Response | 2. Allowed |
| | | 3. Def's Motion to Hold PDR in Abeyance | 3. Allowed **04/13/2016** — |
| | | 4. Def's Motion for Temporary Stay | 4. Allowed **12/17/2015** — |
| | | 5. Def's Petition for *Writ of Supersedeas* | 5. Dismissed as moot |
| | | 6. Def's Motion to Lift the Abeyance of the PDR | 6. Allowed |
| 409PA15 | Nies v. Town of Emerald Isle | Russell Walker's *Pro Se* Motion for Leave to File *Amicus* Brief (COA15-169) | Denied **09/01/2016** |
| 451P07-2 | Carl Wayne Moore, Sr. v. Superintendent Faye Daniels | Petitioner's Petition for a *Writ of Habeas Corpus* | Denied **09/12/2016** |
| 532P11-2 | State v. Douglas Harold McMickle | Def's *Pro Se* Motion to Appoint Counsel | Dismissed **Beasley, J., recused** **Ervin, J., recused** |